IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**JOHN ALEXANDER PARKER**                                                **PLAINTIFF**

**v.**                                **CIVIL ACTION NO. 3:21-cv-283-TSL-MTP**

**HECTOR PORTILLO, ET AL.**                                    **DEFENDANTS**

## **REPORT AND RECOMMENDATION**

On April 21, 2021, Plaintiff, proceeding *pro se* and *in forma pauperis*, filed his complaint pursuant to 42 U.S.C. § 1983. Plaintiff complained about the risks of inmate violence he faced while housed at East Mississippi Correctional Facility. As relief, Plaintiff requested that he be transferred to another facility and placed in protective custody.

The parties appeared and participated in an omnibus hearing before the Court on May 13, 2022. During the hearing, Plaintiff testified that since filing this action, he has been transferred to Wilkinson County Correctional Facility ("WCCF") and is satisfied with the transfer. Plaintiff testified that he wishes to dismiss this action. No defendant opposed Plaintiff's request.

Thus, the undersigned recommends that this action be dismissed with prejudice.

## **NOTICE OF RIGHT TO OBJECT**

In accordance with the rules and 28 U.S.C. § 636(b)(1), any party within fourteen days after being served a copy of this recommendation, may serve and file written objections to the recommendations, with a copy to the judge, the magistrate judge and the opposing party. The District Judge at the time may accept, reject or modify in whole or part, the recommendations of the Magistrate Judge, or may receive further evidence or recommit the matter to this Court with instructions. The parties are hereby notified that failure to file written objections to the proposed findings, conclusions, and recommendations contained within this report and recommendation

within fourteen days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the proposed factual findings and legal conclusions accepted by the district court to which the party has not objected. *Douglass v. United Servs. Auto. Ass'n,* 79 F.3d 1415, 1428-29 (5th Cir. 1996).

    THIS the 13th day of May, 2022.

s/ Michael T. Parker
United States Magistrate Judge
