```
              UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF MISSISSIPPI
                    NORTHERN DIVISION
```

JOHN ALEXANDER PARKER                                    PLAINTIFF

VS.                              CIVIL ACTION NO. 3:21CV283TSL-MTP

WARDEN HECTOR PORTRILLO, ET AL.                         DEFENDANTS

<u>ORDER</u>

This cause came on this date to be heard upon the report and recommendation of United States Magistrate Judge Michael T. Parker, and the court, having fully reviewed the report and recommendation entered in this cause on May 13, 2022, and being duly advised in the premises and there being no objection filed by plaintiff, finds that said report and recommendation should be adopted as the opinion of this court.

IT IS, THEREFORE, ORDERED that the report and recommendation of United States Magistrate Judge Michael T. Parker entered on May 13, 2022, be, and the same is hereby adopted as the finding of this court.  It follows that the complaint is dismissed with prejudice.

A separate judgment will be entered in accordance with Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this 31st day of May, 2022.

```
                    /s/ Tom S. Lee
                    UNITED STATES DISTRICT JUDGE
```